```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CASBN 138549)
 3  Chief, Criminal Division

 4  BRIGID S. MARTIN (CASBN 231705)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7129
 7
    Attorneys for the United States of America
 8
```

 9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| 13 | UNITED STATES OF AMERICA, | ) | No. CR 07-0155 MMC |
|---|---|---|---|
| 14 | Plaintiff, | ) | |
| 15 | v. | ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| 16 | SERGIO LUIS SANCHEZ, | ) | |
| 17 | a/k/a Sergio Sanchez-Aguirre, a/k/a Sergio Najera-Sanchez, | ) | |
| 18 | Defendant. | ) | |

19

20  To the Honorable Edward M. Chen, United States Magistrate Judge for the United States District

21  Court for the Northern District of California:

22         The United States of America respectfully petitions the Court to issue a Writ of Habeas

23  Corpus Ad Prosequendum for the prisoner SERGIO LUIS SANCHEZ, a/k/a Sergio Sanchez-

24  Aguirre, a/k/a Sergio Najera-Sanchez.

25  //

26  //

27  //

28  //

WRIT AD PROSEQUENDUM
CR 07-0155 MMC

SERGIO LUIS SANCHEZ, a/k/a Sergio Sanchez-Aguirre, a/k/a Sergio Najera-Sanchez, is required as the defendant in the above-captioned matter before this Court. The defendant's place of custody and jailor are set forth in the following writ.

DATED: April 2, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Brigid S. Martin
BRIGID S. MARTIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/3/07

HON. EDWARD M. CHEN
United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 07-0155 MMC                                2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Robert L. Ayers, Jr., Warden of San Quentin State Prison, 13 Main Street, San Quentin, California 94964:

**GREETINGS**

The prisoner SERGIO LUIS SANCHEZ, a/k/a Sergio Sanchez-Aguirre, a/k/a Sergio Najera-Sanchez (D.O.B. 06/28/69; CDC # F38455), is now in custody in San Quentin State Prison. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court FORTHWITH. You shall bring him before Magistrate Judge Edward M. Chen on April 23, 2007. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: 4/4/07

CLERK OF COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 07-0155 MMC