1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  BRIGID S. MARTIN (CASBN 231705)
   Special Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, CA 94102
        Telephone: (415) 436-7129
7       Facsimile: (415) 436-7234
        Email: brigid.martin2@usdoj.gov

8
   Attorneys for Plaintiff
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 07-0155 MMC
                                       )
14        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME UNDER THE
15     v.                              )    SPEEDY TRIAL ACT
                                       )
16  SERGIO LUIS SANCHEZ,               )
         a/k/a Sergio Sanchez-Aguirre, )
17       a/k/a Sergio Najera-Sanchez,  )
                                       )
18        Defendant.                   )
                                       )
                    _____)

19

20        The United States and defendant Sergio Luis Sanchez stipulate to exclusion of time under

21  the Speedy Trial Act from April 23, 2007 to April 26, 2007, as follows:

22        1.      On April 23, 2007, the parties made an initial appearance before the Magistrate

23  Judge.

24        2.      At this appearance, the defendant requested, the government agreed, and the Court

25  approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April

26  23, 2007 to April 26, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) &

27  (B)(iv). Failure to grant the requested exclusion of time would unreasonably deny defense

28  counsel the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence. Additionally, failure to grant the requested exclusion of time would
SPEEDY TRIAL ACT STIP.
CR 07-0155 MMC

1  unreasonably deny the defendant continuity of counsel.  Furthermore, the parties agree that the

2  ends of justice served by excluding the period from April 23, 2007 to May 23, 2007, outweigh

3  the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4          3.         A proposed Order is submitted with this stipulation.

5

6  DATED: April 23, 2007                    Respectfully submitted,

7                                           SCOTT N. SCHOOLS
                                            United States Attorney
8

9                                           /s/ Brigid S. Martin
                                            BRIGID S. MARTIN
10                                          Special Assistant United States Attorney

11
   /s/ Ron Tyler
12  RON TYLER
    Assistant Federal Public Defender
13  Specially Appearing for Sergio Luis Sanchez
    Tel: 415.436.7700
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPEEDY TRIAL ACT STIP.
CR 07-0155 MMC                                2

1

2

3

4                UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6                  SAN FRANCISCO DIVISION

7

8    UNITED STATES OF AMERICA,          )       No. CR 07-0155 MMC
                                        )
9              Plaintiff,               )       [~~PROPOSED~~] ORDER EXCLUDING
                                        )       TIME UNDER SPEEDY TRIAL ACT
10             v.                       )
                                        )
11   SERGIO LUIS SANCHEZ,               )
         a/k/a Sergio Sanchez-Aguirre,  )
12       a/k/a Sergio Najera-Sanchez,   )
                                        )
13             Defendant.               )
                                        )
14   _____)

15

16        Based upon the Stipulation of defendant Sergio Luis Sanchez and the United States, and

for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act,

17
18 U.S.C. § 3161(c)(1), is excluded from April 23, 2007 to April 26, 2007, under 18 U.S.C.

18
§ 3161(h)(8)(A) & (B)(iv).  The Court finds that the failure to grant this exclusion of time would

19
unreasonably deny counsel for the defendant the reasonable time necessary for effective

20
preparation, taking into account the exercise of due diligence.  Additionally, failure to grant the

21
requested exclusion of time would unreasonably deny the defendant continuity of counsel.  The

22
Court further finds that the ends of justice served by such action outweigh the best interest of the

23
public and the defendant in a speedy trial.

24

25

26
DATED:  4/24/07

27                                              EDWARD M. CHEN
                                                United States Magistrate Judge
28