BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SERGIO LUIS SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERGIO LUIS SANCHEZ, )<br>)<br>Defendant. )<br>_____ ) | No. CR-07-0155 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR SUBPOENA |

On the motion of the defendant pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoena issue for the specified California Department of Corrections records.

IT IS FURTHER ORDERED that the subpoena command the production of the material to the Federal Public Defender on or before July 25, 2007.

DATED: June 27, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CR-07-0102 PJH                                            1