```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD C. TYLER
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    19 th Floor, Box 36106
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant SANCHEZ
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  No. CR 07-00155 MMC
                                   )
12           Plaintiff,            )  STIPULATION TO CONTINUE
                                   )  HEARING; [PROPOSED] ORDER
13       v.                        )
                                   )
14  SERGIO LUIS SANCHEZ,           )
                                   )
15           Defendant.            )
    _____)
16
```

17  Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Wednesday, August 29, 2007, at 2:30 p.m., be continued to Wednesday, October 24, 2007. The

20  continuance is necessary due to delayed responses to defense efforts to collect records in aid of

21  sentencing.

22

23  Dated: August 6, 2007                    _____/s/_____
                                             RONALD C. TYLER
24                                           Assistant Federal Public Defender

25  Dated: August 10, 2007                   _____/s/_____
                                             BRIGID MARTIN
26                                           Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the ~~status hearing~~ sentencing in the aforementioned matter currently set for August 29, 2007, shall be continued to October ~~24~~ 17, 2007.

**IT IS SO ORDERED**

Dated: August 10, 2007

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
HEARING
No. CR 07-00155 MMC                    2