BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00155 MMC |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO ADVANCE HEARING** |
| v. | ) | |
| SERGIO LUIS SANCHEZ, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that the hearing in the above-captioned matter, presently scheduled for Wednesday, October 24, 2007, may be advanced to Wednesday, October 10, 2007 at 2:30 p.m.

Dated: September 28, 2007        _____/S/_____
                                  RONALD C. TYLER
                                  Assistant Federal Public Defender

Dated: September 28, 2007        _____/S/_____
                                  BRIGID S. MARTIN
                                  Assistant United States Attorney

1 **[PROPOSED] ORDER**

2 GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the

3 aforementioned matter shall be advanced to Wednesday, October 10, 2007 at 2:30 p.m.

4 **IT IS SO ORDERED**

5 Dated: October 1, 2007

6 _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE